STATE of Missouri, Respondent,

v.

William J. VAUGHT, Appellant.

No. WD 74888.

Missouri Court of Appeals,
Western District.

April 23, 2013.

Chris Koster, Attorney General, Jessica P. Meredith, Assistant Attorney General, Jefferson City, MO, for Respondent.

Craig A. Johnston, Assistant Public Defender, Columbia, MO, for Appellant.

Before Division I: GARY D. WITT, Presiding Judge, and THOMAS H. NEWTON and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

William J. Vaught appeals the judgment of his conviction, following a jury trial in the Circuit Court of Cole County, Missouri, of one count of statutory sodomy in the first degree. Finding no error, we affirm the judgment in this *per curiam* order and have provided the parties with a legal memorandum setting forth the reasons for our decision. Rule 30.25(b).

PLANNED INDUSTRIAL EXPANSION AUTHORITY OF KANSAS CITY MISSOURI, Appellant,

v.

BROWN–CALDWELL CHRISTIAN SCHOOL; Respondent

City of Kansas City, Appellant.

Nos. WD 75107, WD 75108.

Missouri Court of Appeals,
Western District.

April 23, 2013.

Stephen Walsh, Kansas City, MO, for appellant, City of K.C., MO.

Galen Beaufort, Kansas City, MO, for appellant, Planned Industrial.

Alan Gallas, Gwendelyn Garcia, Kansas City, MO, Sherwin Epstein, Overland Park, KS, for respondent.

Before: KAREN KING MITCHELL, P.J., THOMAS H. NEWTON, and JOSEPH M. ELLIS, JJ.

### ORDER

PER CURIAM:

The City of Kansas City and its Planned Industrial Expansion Authority (PIEA) appeal the trial court's judgment denying a motion to quash garnishment against certain funds owed by the City to PIEA and ordering the City to pay those funds to the Jackson County Administrator on behalf of Brown–Caldwell Christian School.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).